IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date: 09/16/2010

Civil Case No. CV-10-00272-TUC-RCC(CRP)

Title John D. Franklin, et al vs. State of Arizona, et al.

==============================================================================

Present:

HON. Charles R. Pyle

Deputy Clerk: Sherry Gammon

Court Reporter: Courtsmart

ATTORNEY(s) FOR PLAINTIFF

J. David Franklin

ATTORNEY(s) FOR DEFENDANT

Paul Correa and Andrew Petersen

==============================================================================

**PROCEEDINGS**: X Open Court ____ Chambers ____ Telephonic

Matter comes before the Court Re: Defendant's Motion to Stay (Doc. 13). Counsel present argument to the Court.

IT IS ORDERED Defense Motion to Stay (Doc. 13) is GRANTED in part. Any discovery in this action is STAYED without further Order of the Court.

IT IS FURTHER ORDERED any Rule 12(b) motions, *Iqbal* motions or qualified immunity motions shall be filed by 12/15/10. The Plaintiff shall have until 01/31/11 to file a response. The parties have until 02/07/11 to file reply briefs. Matter is set for oral argument on **02/09/11 at 1:30 p.m. before Magistrate Judge Charles R. Pyle.**

Thereafter, the parties having been previously required to file a joint report every 6 months advising the Court of the status of the 3 state court actions, the first status report is due on 04/01/11.

Motion Hearing: 35 minutes